# 438

CALLAWAY *v.* LIFE INSURANCE COMPANY OF VIRGINIA.

BECK, P. J. Under the decision rendered in this case when it was here before (*Callaway* v. *Life Ins. Co. of Va.*, 166 *Ga.* 818, 144 S. E. 381), and the evidence submitted at the last trial, which, upon the controlling issues, is in substance the same as that adduced at the first trial, the court did not err in directing a verdict in favor of the plaintiff in fi. fa. as against the claimant.

*Judgment affirmed. All the Justices concur, except Russell, C. J., dissenting.*

No. 6970. APRIL 13, 1929.

*Brown & Brown,* for plaintiff in error. *H. A. Etheridge,* contra.